UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SCOTT A. LINVILLE,

Plaintiff,

v.

SEARS, ROEBUCK & CO. and
KENT FARNUM,

Defendants.

CIVIL NO. 01-1503 (DSD/JMM)

ORDER

The above matter came on for hearing before the undersigned on February 27, 2002 upon Plaintiff's Motion to Amend the Pretrial Scheduling Order [Docket No. 11]. Donald H. Nichols, Esq. appeared on behalf of Plaintiff; Heather C. Sherman, Esq. appeared on behalf of Defendants.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED Plaintiff's Motion to Amend the Pretrial Scheduling Order [Docket No. 11] is granted. An amended Pretrial Scheduling Order will be issued separately. This ruling is without prejudice to the right of Defendants to seek other relief if warranted.

Dated: February 27, 2002

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

Plaintiff began treating with a new physician. This physician has reached a diagnosis that raises more material issues concerning Plaintiff's health. Counsel for

FILED FEB 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Plaintiff has not yet been able to obtain expert reports from the physicians who have been treating Plaintiff. The extension of time to complete damages discovery will not interfere with the ability of the parties to complete discovery on the issues of liability, so this Order will not have an effect upon the deadline for dispositive motions or trial.

J.M.M.