**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Scott A. Linville,

Plaintiff,

v.

Sears, Roebuck & Co. and
Kent Farnum,

Defendants.

01cv1503 (JEL/JGL)

**NOTICE OF HEARING**

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for hearing **Defendants' Motion for Summary Judgment** on Friday, July 12, 2002 at 10:00 a.m., before Judge Joan E. Lancaster, Courtroom 3, St. Paul, Minnesota.

DATED: June 27, 2002.

RICHARD D. SLETTEN
*Clerk*

Sheri L. Frette
Sheri L. Frette *Deputy Clerk*

JUN 27 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK