# *United States District Court*
## *District of Minnesota*
### *Third Division - St. Paul*

Clerk's Notice
In Re: Receipt of Bill of Costs

Civil Action Number: 01-1503 JEL/JGL
Title of Action: Scott A. Linville vs. Sears, Roebuck and Co., a Foreign Corporation of New York, and Kent Farnum, individually,

TO COUNSEL:

You are hereby notified that a Bill of Costs was filed by Sears Roebuck and Co. in the above entitled action on September 17, 2003.

The briefing schedule for taxation of costs is as follows:

Objections are to be submitted in writing within 10 days of date of this notice.

A response to objections may be submitted within 5 days thereafter.

If no objections are received, costs will be taxed as submitted. If the matter of taxing costs is disposed of prior to being taxed by the Clerk, please notify the undersigned of this disposition.

DATED: September 22, 2003

RICHARD D. SLETTEN, CLERK

By Julie Rustad
Julie Rustad, Deputy Clerk

9-22-03
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

42