UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Scott A. Linville,

Plaintiff,

Civil No. 01-1503 (JNE/JGL)

v.

Sears, Roebuck and Co.; a Foreign Corporation of New York, and Kent Farnum, individually,

Defendants.

COST JUDGMENT

The costs of Defendant have been taxed and allowed by the Clerk of this Court against Plaintiff as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Court Reporter | $1,250.60 | $1,250.60 |
| Fees for printing | $135.09 | $135.09 |
| Fees for witnesses | $51.52 | $51.52 |
| Fees for exemplification and copies | $76.83 | $0 |
| TOTAL: | $1,514.04 | $1,437.21 |

Costs, therefore, are taxed in the sum of One Thousand Four Hundred Thirty Seven and 21/100 Dollars ($1,437.21) in favor of Defendant Sears, Roebuck and Co., and against Plaintiff Scott A. Linville and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of November 20, 2003.

RICHARD D. SLETTEN, CLERK

By____________________
Brian J. Saame
Law Clerk